UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

| | |
|---|---|
| WILLIAM DEAN BAKER, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:06-cv-18 |
| ) | |
| v. ) | Honorable Wendell A. Miles |
| ) | |
| CORRECTIONAL MEDICAL SERVICES, ) | |
| INC. et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |

## **JUDGMENT**

In accordance with the Opinion filed this date:

**IT IS ORDERED** that Plaintiff's Motion to Amend/Supplement Complaint (docket #4) is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's action be **DISMISSED** without prejudice for lack of exhaustion of available administrative remedies as required by 42 U.S.C. § 1997e(a).

For the same reasons that the Court dismisses the action, the Court discerns no good-faith basis for an appeal. *See* 28 U.S.C. § 1915(a)(3); *McGore v. Wrigglesworth*, 114 F.3d 601, 611 (6th Cir. 1997).


Dated: April 28, 2006                               /s/ Wendell A. Miles
                                                    Wendell A. Miles
                                                    Senior U.S. District Judge